UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER R. MURRAY, CHAPTER 7 TRUSTEE, | § § § | CIVIL ACTION NO. 4:22-CV-01670 |
| *Plaintiff*, | § § § | JUDGE CHARLES ESKRIDGE |
| *v*. | § § | |
| VINSON & ELKINS LLP, | § § § | |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE

Paul E. Heath, of Vinson & Elkins LLP, respectfully notifies this Court and the Plaintiff of the entry of his appearance on behalf of the Defendant, Vinson & Elkins LLP ("V&E").

NOTICE OF APPEARANCE – PAGE 1

Respectfully submitted,

*/s/  Paul E. Heath*
Matthew W. Moran – *Attorney in Charge*
  State Bar No. 24002642
  S.D. Tex. Bar No. 24471
  mmoran@velaw.com
Jordan W. Leu
  State Bar No. 24070139
  S.D. Tex. Bar No. 1133712
  jleu@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas  75201
Telephone: (214) 220-7700
Fax: (214) 220-7716

Paul E. Heath
  State Bar No. 09355050
  S.D. Tex. Bar No. 24456
  pheath@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, TX 77002
Telephone: (713) 758-2222

*Attorneys for Defendant*
*Vinson & Elkins LLP*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon all counsel of record on July 13, 2022, using the Court's electronic filing system.

*/s/  Paul E. Heath*
Paul E. Heath